**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID HACKEL, Individually, and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:19-cv-01722 ) |
| v. | ) ) |
| AVEO PHARMACEUTICALS, INC., MICHAEL BAILEY, MATTHEW DALLAS, and KEITH S. EHRLICH, | ) ) ) ) |
| Defendants. | ) ) ) |

**<u>NOTICE OF 28 U.S.C. § 1404 UNOPPOSED MOTION TO TRANSFER</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and declaration in support thereof, Defendants AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, and Keith Ehrlich move this Court, before the Honorable Analisa Torres, United States District Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007, at a time and date convenient for the Court, for an order transferring this action to the United States District Court for the District of Massachusetts.   Plaintiffs do not oppose this motion.

-2-

Dated: April 12, 2019

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Attorney for Defendants AVEO Pharmaceuticals,*
*Michael Bailey, Matthew Dallas, and Keith Ehrlich*

-2-