UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID HACKEL, Individually, and On
Behalf of All Others Similarly Situated,

Plaintiff,

v.

AVEO PHARMACEUTICALS, INC.,
MICHAEL BAILEY, MATTHEW
DALLAS, and KEITH S. EHRLICH,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:19-cv-01722

**DECLARATION OF KARUNA RUBIN IN SUPPORT OF
MOTION TO TRANSFER**

I, Karuna Rubin, declare as follows:

1.      I am a Senior Vice President and General Counsel for Defendant AVEO Pharmaceuticals, Inc. ("AVEO").  I have been employed by AVEO since July 2015.

2.      I am over the age of eighteen years, and I am competent to testify about the matters set forth in this declaration based upon personal knowledge, my experience working at AVEO, and review of information taken from records kept by AVEO in the regular course of business.  If called as a witness I could and would testify as stated herein.

3.      AVEO is a Delaware corporation, with its principal place of business and corporate headquarters located in Cambridge, Massachusetts.

4.      Defendants Michael Bailey (Chief Executive Officer, President, and Member of the Board of Directors) and Matthew Dallas (Chief Financial Officer) are based in and work principally in AVEO's Cambridge, Massachusetts headquarters.  Mr. Bailey lives in Boston,

-1-

-2-

Massachusetts. Mr. Dallas lives in Sudbury, Massachusetts. Defendant Keith Ehrlich (former Chief Financial Officer) is retired and lives in Harpswell, Maine.

5.      As of April 11, 2019, AVEO had 17 employees, 14 of which work in Massachusetts.

6.      The public filings and press releases on which Plaintiff bases his claims were prepared in and released from AVEO's corporate headquarters in Cambridge, Massachusetts. No statement challenged in the Complaint was made in New York.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 4|11|19

Karuna Rubin, Esq.