USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/12/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID HACKEL, Individually and on behalf of all others similarly situated,

           Plaintiff,

-against-

AVEO PHARMACEUTICALS, INC., MICHAEL BAILEY, MATTHEW DALLAS, and KEITH S. EHLRICH,

           Defendants.

19 Civ. 1722 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Defendants' unopposed motion to transfer, ECF No. 9, and the parties' joint stipulation, ECF No. 8, it is hereby ORDERED that the motion is GRANTED.

    The Clerk of Court is directed to (1) transfer this action to the United States District Court for the District of Massachusetts, and (2) terminate the motion at ECF No. 9.

    SO ORDERED.

Dated: April 12, 2019
       New York, New York

                              ANALISA TORRES
                          United States District Judge