CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19–cv–01722–AT

Hackel v. AVEO Pharmaceuticals, Inc. et al

Assigned to: Judge Analisa Torres

Cause: 15:78j(b)ss Stockholder Suit

Date Filed: 02/25/2019

Date Terminated: 04/12/2019

Jury Demand: Plaintiff

Nature of Suit: 850 Securities/Commodities

Jurisdiction: Federal Question

**Plaintiff**

**David Hackel**
*individually and on behalf of all others*
*similarly situated*

represented by **Joseph Alexander Hood , II**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212)–661–1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)–661–1100
Fax: (212)–661–8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AVEO Pharmaceuticals, Inc.**

represented by **Michael G. Bongiorno**
Wilmer Cutler Pickering Hale and Dorr LLP
(NYC)
7 World Trade Center
250 Greenwich St.
New York, NY 10007
(212) 230–8800
Fax: (212) 230–8888
Email: michael.bongiorno@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Bailey**

represented by **Michael G. Bongiorno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Dallas**

represented by

**Michael G. Bongiorno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keith S. Ehrlich**                    represented by   **Michael G. Bongiorno**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2019 | Ï 1 | COMPLAINT against AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, Keith S. Ehrlich. (Filing Fee $ 400.00, Receipt Number ANYSDC–16396605)Document filed by David Hackel.(Lieberman, Jeremy) (Entered: 02/25/2019) |
| 02/25/2019 | Ï 2 | CIVIL COVER SHEET filed. (Lieberman, Jeremy) (Entered: 02/25/2019) |
| 02/25/2019 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, and Keith S. Ehrlich, re: 1 Complaint. Document filed by David Hackel. (Lieberman, Jeremy) (Entered: 02/25/2019) |
| 02/26/2019 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jeremy Alan Lieberman. The party information for the following party/parties has been modified: David Hackel. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (jgo)** (Entered: 02/26/2019) |
| 02/26/2019 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Analisa Torres. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (jgo) (Entered: 02/26/2019) |
| 02/26/2019 | Ï | Magistrate Judge Katharine H. Parker is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (jgo) (Entered: 02/26/2019) |
| 02/26/2019 | Ï | Case Designated ECF. (jgo) (Entered: 02/26/2019) |
| 02/26/2019 | Ï 4 | ELECTRONIC SUMMONS ISSUED as to AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, Keith S. Ehrlich. (jgo) (Entered: 02/26/2019) |
| 02/26/2019 | Ï 5 | NOTICE OF APPEARANCE by Joseph Alexander Hood, II on behalf of David Hackel. (Hood, Joseph) (Entered: 02/26/2019) |
| 04/02/2019 | Ï 6 | NOTICE OF APPEARANCE by Michael G. Bongiorno on behalf of AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, Keith S. Ehrlich. (Bongiorno, Michael) (Entered: 04/02/2019) |
| 04/05/2019 | Ï 7 | PROPOSED STIPULATION AND ORDER. Document filed by AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, Keith S. Ehrlich. (Bongiorno, Michael) (Entered: 04/05/2019) |
| 04/05/2019 | Ï 8 | JOINT STIPULATION REGARDING TIME TO ANSWER OR OTHERWISE RESPOND: IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows: 1. Without waiving any rights, defenses or other objections, undersigned counsel for Defendants is authorized and agrees to waive service of the Complaint; 2. Defendants |

| | | shall not be required to answer or otherwise respond to the Complaint; 3. Defendants will move this Court to transfer this action to the District of Massachusetts and Plaintiffs will not oppose such motion; and 4. After receiving a ruling on Defendants' motion to transfer, and the Court's appointment of Lead Plaintiff and Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto. GRANTED. By April 12, 2019, Defendants shall file their motion to transfer. ( Motions due by 4/12/2019.) (Signed by Judge Analisa Torres on 4/5/2019) (mro) (Entered: 04/08/2019) |
|---|---|---|
| 04/12/2019 | Ï 9 | MOTION to Transfer Case *(Unopposed)*. Document filed by AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, Keith S. Ehrlich.(Bongiorno, Michael) (Entered: 04/12/2019) |
| 04/12/2019 | Ï 10 | MEMORANDUM OF LAW in Support re: 9 MOTION to Transfer Case *(Unopposed)*. . Document filed by AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, Keith S. Ehrlich. (Bongiorno, Michael) (Entered: 04/12/2019) |
| 04/12/2019 | Ï 11 | DECLARATION of Karuna Rubin in Support re: 9 MOTION to Transfer Case *(Unopposed)*.. Document filed by AVEO Pharmaceuticals, Inc., Michael Bailey, Matthew Dallas, Keith S. Ehrlich. (Bongiorno, Michael) (Entered: 04/12/2019) |
| 04/12/2019 | Ï 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by AVEO Pharmaceuticals, Inc..(Bongiorno, Michael) (Entered: 04/12/2019) |
| 04/12/2019 | Ï 13 | ORDER granting 9 Motion to Transfer Case. Having reviewed Defendants' unopposed motion to transfer, ECF No. 9, and the parties' joint stipulation, ECF No. 8, it is hereby ORDERED that the motion is GRANTED. The Clerk of Court is directed to (1) transfer this action to the United States District Court for the District of Massachusetts, and (2) terminate the motion at ECF No. 9. (Signed by Judge Analisa Torres on 4/12/2019) (cf) Transmission to Office of the Clerk of Court for processing. (Entered: 04/12/2019) |
| 04/12/2019 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of District of Massachusetts (cf) (Entered: 04/19/2019) |