**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

David Hackel

            Plaintiff

       V.

AVEO Pharmaceuticals, Inc. et al

           Defendant

CIVIL ACTION

NO.  19-10783-ADB

**ORDER OF DISMISSAL**

Burroughs, D. J.


    In accordance with the Court's Memorandum and Order dated July 24, 2020 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


        By the Court,


 7/24/2020                  /s/ Christina McDonagh
     Date                       Deputy Clerk